In the Matter of PITTSFORD CANALSIDE PROPERTIES, LLC, Respondent, v VILLAGE OF PITTSFORD et al., Appellants, VILLAGE OF PITTSFORD PLANNING BOARD et al., Respondents.

Submitted April 25, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

MIRTA RAMOS, Appellant, v RENATA VANJA WEBER, M.D., et al., Respondents.

Submitted May 2, 2016; decided June 14, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1127 (2016)].

Judge GARCIA taking no part.

In the Matter of DEAN A. RESKAKIS, a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Submitted May 16, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ARMAND RETAMOZZO, Appellant, v DIANA FRIEDLAND et al., Respondents.

Submitted May 16, 2016; decided June 14, 2016

Motion for reargument denied [*see* 27 NY3d 947 (2016)].